Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
*jml@manningllp.com*
Christoffer Gaddini (State Bar No. 305660)
*cmg@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, SENECA FOODS CORPORATION and REASON TIMOTHY SHEFFIELD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REASON TIMOTHY SHEFFIELD, an individual; SENECA FOODS CORPORATION, a corporation, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); AND DECLARATION OF CHRISTOFFER GADDINI IN SUPPORT THEREOF; DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Reason Timothy Sheffield and Seneca Foods Corporation hereby removes to this Court the State Court action described below:

1. On February 15, 2017, Plaintiff Rene Robles filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. BC 650359. Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Complaint.

2. Defendants filed their answer to the Complaint on March 28, 2017. A true and correct copy of this answer is attached hereto as Exhibit "B."



MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Diversity of the parties exists as Plaintiff Rene Robles is a citizen of the State of California (Complaint, paragraph 2).

5. Defendant Reason Timothy Sheffield is a citizen of Oregon.

6. Defendant Seneca Foods Corporation is a New York corporation with its principal place of business in Marion, NY.

7. Plaintiff's lawsuit asserts causes of action for negligence and negligence per se. Attached hereto as Exhibit "C" is a true and correct copy of the Statement of Damages served on Defendant Seneca along with the Summons and Complaint on March 3, 2017. In the Statement of Damages, Plaintiff claims $1,000,000 for pain, suffering and inconvenience; $250,000 for medical expenses to date; $700,000 for future medical expenses and unknown amounts for loss of earnings to date and future lost earnings.

8. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

DATED: March 30, 2017

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: [signature]

Jeffrey M. Lenkov, Esq.
Christoffer Gaddini, Esq.
Attorneys for Defendants, SENECA FOODS CORPORATION and REASON TIMOTHY SHEFFIELD

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

## DECLARATION OF CHRISTOFFER GADDINI

I, Christoffer Gaddini, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate of Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendants SENECA FOODS CORPORATION and REASON TIMOTHY SHEFFIELD in this action. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On February 15, 2017, Plaintiff Rene Robles filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. BC 650359. Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Complaint.

3. Defendants filed their answer to the Complaint on March 28, 2017. A true and correct copy of this answer is attached hereto as Exhibit "B."

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Diversity of the parties exists as Plaintiff Rene Robles is a citizen of the State of California (Complaint, paragraph 2).

6. Defendant Reason Timothy Sheffield is a citizen of Oregon.

7. Defendant Seneca Foods Corporation is a New York corporation with its principal place of business in Marion, NY.

8. Plaintiff's lawsuit asserts causes of action for negligence and negligence per se. Attached hereto as Exhibit "C" is a true and correct copy of the Statement of Damages served on Defendant Seneca along with the Summons and Complaint on

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

March 3, 2017. In the Statement of Damages, Plaintiff claims $1,000,000 for pain, suffering and inconvenience; $250,000 for medical expenses to date; $700,000 for future medical expenses and unknown amounts for loss of earnings to date and future lost earnings.

9. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on March 30, 2017.

Christoffer Gaddini

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

**DEMAND FOR JURY TRIAL**

Defendants SENECA FOODS CORPORATION and REASON TIMOTHY SHEFFIELD hereby demand trial of this matter by jury.

DATED: March 30, 2017

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: ______________________
Jeffrey M. Lenkov, Esq.
Christoffer Gaddini, Esq.
Attorneys for Defendants, SENECA FOODS CORPORATION and REASON TIMOTHY SHEFFIELD